PEOPLE v. GRAYSON.

Appeal from Recorder's Court of Detroit, Brennan (Vincent J.), J. Submitted Division 1 July 16, 1968, at Detroit. (Docket Nos. 4,149, 4,150.) Decided August 30, 1968. Leave to appeal denied November 25, 1968. 381 Mich 789.

William Grayson and Lamond Grayson were convicted of assault with intent to murder and robbery armed. Defendants appeal. Affirmed.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Samuel J. Torina*, Chief Appellate Lawyer, and *Luvenia D. Dockett*, Assistant Prosecuting Attorney, for the people.

*Rosen & Rosen*, for defendants on appeal.

PER CURIAM. Defendants William Grayson and Lamond Grayson were charged with (1) assault with intent to murder in violation of CL 1948, § 750.83 (Stat Ann 1962 Rev § 28.278), and (2) robbery armed in violation of CLS 1961, § 750.529 (Stat Ann 1968 Cum Supp § 28.797). Defendants were found guilty on both counts by a jury on May 17, 1967.

The appeal raises five issues. The people file a motion to dismiss the appeal or to affirm the convictions.

A review of defendants' brief, the motion to dismiss or affirm, and the record discloses that the matters complained of in the first four allegations of error were not preserved for appeal by proper objections during trial, and that the fifth allegation of error is without merit for the reason that if error occurred it was not shown to have been prejudicial to defendants.

Affirmed.

LESINSKI, C. J., and J. H. GILLIS and QUINN, JJ., concurred.